IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREA WASHINGTON,

    Plaintiff,

v.                                                                          Civil No. 19-2788-BAH

UNIVERSITY OF MARYLAND,
EASTERN SHORE ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion and for good cause shown, it is hereby **ORDERED**, that the motion for summary judgment is **GRANTED**. The Clerk is directed to close this case.

Dated: July 12, 2024

                                                      /s/
                                        Brendan A. Hurson
                                        United States District Judge